**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| KATHRYN POTTER, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **Case No. 1:21-cv-01078** |
| vs. | **JURY TRIAL DEMANDED** |
| RFSC, LLC d/b/a ROOTS RX, a Colorado limited liability company, | |
| *Defendant*. | |
| _____/ | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Kathryn Potter, and Defendant, RFSC, LLC d/b/a Roots Rx, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal with prejudice of Plaintiff Kathryn Potter's individual claims against RFSC, LLC d/b/a Roots RX. Each party shall bear their own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action.

Date: July 26, 2021.

Respectfully Submitted,

| | |
|---|---|
| **Shamis & Gentile, P.A.** | By: /s/ Jeffrey A. Backman |
| /s/ Andrew J. Shamis | Jeffrey A. Backman, Esq. |
| Andrew J. Shamis, Esq. | Florida Bar No. 662501 |
| Florida Bar No. 101754 | Jeffrey.backman@gmlaw.com |
| ashamis@shamisgentile.com | **Greenspoon Marder LLP** |
| 14 NE 1st Avenue, Suite 705 | 200 E. Broward Blvd. Suite 1800 |
| Miami, FL 33132 | Fort Lauderdale, FL 33301 |
| Telephone: 305-479-2299 | Telephone: (954) 491-1120 |
| | |
| *Counsel for Plaintiff and the Class* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                              **SHAMIS & GENTILE, P.A.**
                              14 NE 1st Ave., Suite 705
                              Miami, FL 33132
                              Telephone (305) 479-2299
                              Facsimile (786) 623-0915
                              Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
           Andrew J. Shamis, Esq.
           Florida Bar # 101754

*Attorneys for Plaintiff and the Class*